UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DEBRA L. WYATT,**

      **Plaintiff**                                              Case No. 04-74591
                                                                 HON. JOHN FEIKENS

**v.**

**STATE OF MICHIGAN and
MICHIGAN DEPARTMENT OF CORRECTIONS**

      **Defendant(s)**

_____/

## ORDER OF DISMISSAL

The Plaintiff having been informed by this Court on 10/06/2005 by Stipulation and Order that an Appearance must be filed by new counsel by 11/7/2005 or this case will be dismissed.  As of the date of this Order there has been no Appearance filed;

THEREFORE IT IS ORDERED that this case is dismissed.

                                                        s/John Feikens
                                                        **JOHN FEIKENS
                                                        UNITED STATES DISTRICT JUDGE**

**DATED: November 10, 2005**

---

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on November 10, 2005, by U.S. first class mail or electronic means.

                                    s/Carol Cohron
                                    Case Manager